**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────

**No. 01-7412**

─────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

STANLEY ASHER COLE, a/k/a Oscar Ivan Cole,

                              Defendant - Appellant.

─────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CR-87-139-JFM, CA-01-1907-JFM)

─────────

Submitted:  October 4, 2001        Decided:  October 12, 2001

─────────

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

─────────

Dismissed by unpublished per curiam opinion.

─────────

Stanley Asher Cole, Appellant Pro Se.  Stephen Matthew Schenning,
United States Attorney, Baltimore, Maryland, for Appellee.

─────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Stanley Asher Cole appeals the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001) and denying his motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Cole, Nos. CR-87-139-JFM; CA-01-1907-JFM (D. Md. Jul. 10, 2001 & Aug. 14, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED